**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 MAY 15 PM 4:26
DEPUTY CLERK ACM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| NATHAN DONALD PELHAM | 3-23CR0193-K |

## FACTUAL RESUME

In support of **Nathan Donald Pelham's** plea of guilty to the offense in Count One of the Information, **Pelham**, the defendant, Mac Morris, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Information, charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, illegal possession of a firearm by a prohibited person, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly possessed a firearm, as charged in the Information;

*Second.* That before the defendant possessed the firearm, the defendant had been convicted of a crime punishable by imprisonment for a term in excess of one year;

*Third.* That the defendant knew that he had been convicted in court of a crime punishable by imprisonment for a term in excess of one year; and

---

[1] Fifth Circuit Pattern Jury Instruction 2.43D (5th Cir. 2019)

Factual Resume—Page 1

*Fourth.*    That firearm possessed travelled in interstate commerce, that is, before the defendant possessed the firearm, it had traveled at some time from one state to another

## STIPULATED FACTS

1. On or about April 12, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Nathan Donald Pelham**, knowingly and unlawfully possessed a firearm, namely, a Smith & Wesson, model SD9 VE, 9mm pistol, bearing serial number FXZ2704, and two chrome Smith & Wesson 9mm magazines, a partial box of 9mm Federal American Eagle 124 grain ammunition, a box of Winchester Silvertip 9mm 147 grain "Defense JHP" ammunition, a partial box of 9mm Winchester, NATO 124 Grain FMJ ammunition, a box of CCI Blazer 9mm 115 Grain FMJ ammunition, and some loose 9mm ammunition. Prior to possessing this firearm, firearm accessories, and ammunition, **Pelham** had been convicted of a crime punishable by imprisonment for a term in excess of one year, and knew he had been convicted of such an offense. **Pelham** possessed this firearm in and affecting interstate commerce, in that the firearm had traveled at some time from one state to another.

2. On April 12, 2023, **Pelham** knew that he had previously been convicted of Evading Arrest/Detention with Vehicle, a state jail felony, in Collin County, Texas.

3. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Information.

AGREED TO AND STIPULATED on this 15th day of May, 2023.

                                          LEIGHA SIMONTON
                                        UNITED STATES ATTORNEY

_/s/ Nathan Donald Pelham_  
NATHAN DONALD PELHAM  
Defendant

                                        DOUGLAS B. BRASHER  
                                        Assistant United States Attorney  
                                        Texas State Bar No. 24077601  
                                        1100 Commerce Street, Third Floor  
                                        Telephone:   214-659-8604  
                                        Facsimile:    214-659-8802  
                                        douglas.brasher@usdoj.gov

_/s/ Mac Morris_  
MAC MORRIS  
Attorney for Defendant